1 LEWIS BRISBOIS BISGAARD & SMITH LLP
  STEPHEN H. TURNER, SB# 89627
2    E-Mail: Stephen.Turner@lewisbrisbois.com
  LARISSA G. NEFULDA, SB# 201903
3    E-Mail: Larissa.Nefulda@lewisbrisbois.com
  221 North Figueroa Street, Suite 1200
4 Los Angeles, California 90012
  Telephone: 213.250.1800
5 Facsimile: 213.250.7900

6 Attorneys for Defendants ACURIAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TAVIA LAWSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>ACURIAN, INC.,<br><br>            Defendant. | CASE NO. 14-CV-6232<br><br>**STIPULATION TO EXTEND DEFENDANT ACURIAN, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served: 12/8/2014**<br>**Current response date: 12/29/2014**<br>**New response date: 1/12/2015** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiff TAVIA LAWSON ("Plaintiff") and Defendant ACURIAN, INC. ("Acurian"), through their counsel of record, hereby stipulate pursuant to Civil Local Rule 8-3 to extend the time by which Acurian shall respond to Plaintiff's Complaint.

### STIPULATION:

WHEREAS, Plaintiff filed this action on August 8, 2014;

WHEREAS, Acurian was served with the Summons and Complaint on December 8, 2014;

4830-4836-7649.1

1     WHEREAS, Acurian needs additional time to respond to the Complaint;

2     WHEREAS, this is the first extension requested;

3     Plaintiff and Acurian hereby Stipulate to an extension of time to January 12, 2015 for Acurian to respond to Plaintiff's Complaint.

DATED: December 18, 2014      LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Larissa G. Nefulda
Stephen H. Turner
Larissa G. Nefulda
Attorneys for Defendant ACURIAN, INC.

DATED: December 18, 2014      KAZEROUNI LAW GROUP APC

By:    /s/ Abbas Kazerounian
Abbas Kazerounian
Jason A. Ibey
Attorneys for Plaintiff TAVIA LAWSON

4830-4836-7649.1

2

STIPULATION TO EXTEND DEFENDANT ACURIAN, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)